No. 697. FORT HOWARD PAPER CO. ET AL. *v.* FEDERAL TRADE COMMISSION. December 23, 1946. Petition for

writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *John H. Hershberger, Richard C. Stevenson, William H. Leahy* and *Abraham L. Freedman* for petitioners. *Acting Solicitor General Washington, Assistant Attorney General Berge, Charles H. Weston, W. T. Kelley* and *Walter B. Wooden* for respondent.